Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNNE CONTE** ) | Case No. 2:12-cv-01997-MCE-GGH |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY** |
| vs. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC,** ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 6th day of September, 2012.

By:   s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

1 | Filed electronically on this 6th day of September, 2012, with:

2 |
3 | United States District Court CM/ECF system

4 | And hereby served upon all parties

5 |
6 | Notification sent on this 6th day of September, 2012, via the ECF system to:

7 | Honorable Morrison C. England, Jr.
United States District Court
8 | Eastern District of California

9 |
10 | Lindsey Morgan
SIMMONDS & NARITA
11 | 44 Montgomery St.
Suite 3010
12 | San Francisco CA 94104-4816
13 |
14 | By: s/Todd M. Friedman
       Todd M. Friedman
15 |